# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     MAGISTRATE NO.: 16 -9221

                     :

V.                   :     CRIMINAL ACTION

                     :     ORDER OF RELEASE

Caitlin Hardy     :

     The Court orders the defendant, _Caitlin Hardy_, is ordered released on a personal recognizance bond with the following bail conditions:

    (1) Reporting, as directed, to U.S. Pretrial Services;

    (2) The defendant shall appear at all future court proceedings;

    (3) Other: _Next court date 11/10/16_

_Caitlin Hardy_
DEFENDANT

_9/22/16_
DATE

     It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_9/22/16_
DATE

     I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
U.S. PRETRIAL SERVICES OFFICER